**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andre Moore,<br><br>Plaintiff,<br><br>v.<br><br>Officer Tony Partyka, in his individual capacity, Officer Neal Walsh, in his individual capacity, Officer John Doe No. 1, in his individual capacity, and Officer John Doe No. 2, in his individual capacity, and the City of Minneapolis,<br><br>Defendants. | Senior Judge Paul A. Magnuson<br>Civil File No. 22-cv-1477-PAM/TNL<br><br>**PLAINTIFF'S MOTION TO COMPEL AGAINST THE CITY OF MINNEAPOLIS AND TONY PARTYKA** |

Plaintiff, Andre Moore ("Moore"), by and through its attorney, Matthew Veenstra of Saul Ewing LLP, hereby submits Plaintiff's Motion to Compel Against the City of Minneapolis ("City") and Officer Tony Partyka ("Partyka"). The motion is brought pursuant to Federal Rules of Civil Procedure 26 and 37.

Moore seeks an order granting the following relief from the Court:

1. compelling Partyka to answer Interrogatory Nos. 5, 6, and 7 within seven days;
2. compelling the City to Interrogatory No. 8 within seven days;
3. compelling the City to promptly produce all documents responsive to Document Request Nos. 7, 8, 9, 10, 11, 13, 15, and 16:

Moore further requests, pursuant to Federal Rule of Civil Procedure 37(a)(5) that the Court award him the fees and expenses, including attorneys' fees, that he incurred in bringing this motion as a result of Defendants' failure to reasonably cooperate in discovery.

Plaintiff's motion is supported by the accompanying memorandum of law, declarations and supporting exhibits, and meet and confer statement, filed simultaneously herewith, as well as oral arguments by counsel.

Dated: April 10, 2023

**SAUL EWING LLP**

By: *s/ Matthew Veenstra*
Matthew Veenstra (MN #392517)
Courtland Merrill (MN #311984)
Douglas Anderson (MN #0402494)
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
Telephone: (612) 225-2800
Email: courtland.merrill@saul.com
matthew.veenstra@saul.com
douglas.anderson@saul.com

*Attorneys for Plaintiff Andre Moore*