**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Andre Moore,<br><br>Plaintiff,<br><br>v.<br><br>Officer Tony Partyka, in his individual capacity, Officer Neal Walsh, in his individual capacity, Officer John Doe No. 1, in his individual capacity, Officer John Doe No. 2, in his individual capacity, and the City of Minneapolis,<br><br>Defendants. | Civil No. 0:22-cv-1477 PAM/TNL<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

---

This brief complies with the word limitation of L.R. 7.1(f) because it contains **8,781** words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by L.R. 7.1(f). This brief was prepared using Microsoft Word for Microsoft Office 365. This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

Dated: April 19, 2023

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Rachel A. Kitze Collins
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

**ATTORNEYS FOR DEFENDANT CITY OF MINNEAPOLIS**