**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andre Moore,

Plaintiff,

v.

Officer Tony Partyka, in his individual capacity, Officer Neal Walsh, in his individual capacity, Officer John Doe No. 1, in his individual capacity, and Officer John Doe No. 2, in his individual capacity, and the City of Minneapolis,

Defendants.

Civil No. 22-cv-1477 PAM/TNL

**DECLARATION OF RACHEL A. KITZE COLLINS IN SUPPORT OF DEFENDANT CITY OF MINNEAPOLIS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

**REDACTED**

I, Rachel A. Kitze Collins, declare as follows:

1. I am an attorney with Lockridge Grindal Nauen P.L.L.P. and am counsel for Defendant City of Minneapolis ("City") in the above-captioned matter. I hereby submit this declaration in support of Defendant City of Minneapolis' Response to Plaintiff's Motion to Compel.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Notice of Subpoena Duces Tecum to City of Minneapolis, dated October 12, 2022.

3. Plaintiff has served the City with six separate sets of interrogatories, and three sets of requests for production of documents, in addition to the subpoena.

4. The City has produced almost 3,000 pages of documents and dozens of hours of body camera video in response to these requests for production, including: (1) the entire file associated with the December traffic stop; (2) the entire file associated with the February warrant and search; (3) [redacted]

[redacted] (4) personnel records for the Officer Defendants; (5) the entire set of Minneapolis Police Department ("MPD") policies in place at the time of the incidents involving Plaintiff; (6) revised MPD policies through 2022; (7) documents related to academy and in-service training for police officers between 2016 and 2019; (8) annual reports from OPCR; and (9) other internal analyses regarding the City's police conduct complaint process.

5. In addition to document discovery, Plaintiff has already taken the depositions of five current and former MPD Officers, including Defendant Officer Walsh.

6. The City has noticed the deposition of Plaintiff for May 10, 2023.

7. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Brandon Knuth deposed on March 28, 2023. This document is filed under seal.

8. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Officer Dirk Spee deposed on March 7, 2023. This document is filed under seal.

9. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Officer Neal Walsh deposed on March 23, 2023. This document is filed under seal.

10. Attached as Exhibit 5 is a true and correct copy of an Order denying Defendant's Motion to Compel CRI Identity filed in *State of Minnesota v. Andre Lamar Moore*, No. 27-CR-20-4146 (Henn. Cty.), dated June 15, 2020.

11. Attached as Exhibit 6 is a true and correct copy of Plaintiff's Second

Amended Rule 26(a)(1) Disclosures, dated April 18, 2023. This document is filed under seal.

12. Attached as Exhibit 7 is a true and correct copy of the Police Complaint, dated October 6, 2020. This document was produced during pre-trial discovery by the City as MPLS0000006-8 and is filed under seal.

13. Attached as Exhibit 8 is a true and correct copy of the note of the Phone Call to Complainant by Stephen McKean on June 9, 2021. This document was produced during pre-trial discovery by the City as MPLS0000413 and is filed under seal.

14. Attached as Exhibit 9 is a true and correct copy of the Discharge, Suspension or Involuntary Demotion Form for Neal Walsh and dated October 27, 2022. This document was produced during pre-trial discovery by the City as MPLS0001039-46 and is filed under seal.

15. Attached as Exhibit 10 is a true and correct copy of the [redacted] This document was produced during pre-trial discovery by the City as MPLS0000123-32 and is filed under seal.

16. Attached as Exhibit 11 is a true and correct copy of the [redacted] This document was produced during pre-trial discovery by the City as MPLS0000153-62 and is filed under seal.

17. Attached as Exhibit 12 is a true and correct copy of the [redacted] This

document was produced during pre-trial discovery by the City as MPLS0000494-503 and is filed under seal.

18. Attached as Exhibit 13 is a true and correct copy of an Order filed in *State of Minnesota v. Andrea Lamar Moore*, No. 27-CR-20-4146 (Henn. Cty.), dated June 15, 2020.

19. Attached as Exhibit 14 is a true and correct copy of the Rule 45 Subpoena to Produce Documents to the Minnesota Attorney General c/o Minnesota Department of Human Rights, dated November 28, 2022.

20. Attached as Exhibit 15 is a true and correct copy of correspondence from the Minnesota Department of Human Rights to Plaintiff's counsel Matthew Veenstra, dated December 7, 2022.

21. Attached as Exhibit 16 is a true and correct copy of Defendant City of Minneapolis' Supplemental Response to Plaintiff's First Set of Interrogatories, dated April 4, 2023. This document is filed under seal.

22. Attached as Exhibit 17 is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents to the City of Minneapolis, dated December 21, 2022.

23. Attached as Exhibit 18 is a true and correct copy of Defendant City of Minneapolis' Response to Plaintiff's Third Set of Requests for Production of Documents, dated March 10, 2023. This document is filed under seal.

24. Attached as Exhibit 19 is a true and correct copy of Defendant City of Minneapolis' Response to Plaintiff' Second Set of Interrogatories, dated March 10, 2023.

This document is filed under seal.

25. Attached as Exhibit 20 is a true and correct copy of e-mail correspondence between me and Plaintiff's counsel, dated April 4-6, 2023. This document is filed under seal.

26. I have been informed that the files produced to MDHR are no longer stored on an e-discovery system and instead are stored on external hard drives in the City's possession.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Executed this 19th day of April, 2023.

s/Rachel A. Kitze Collins
Rachel A. Kitze Collins