UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**22-CV-1477 (PAM/TNL)**

Andre Moore,

Plaintiff,

v.

Officer Tony Partyka, in his individual capacity; Officer Neal Walsh, acting in his individual capacity; Officer John Doe No. 1, in his individual capacity; Officer John Doe No. 2, in his individual capacity; and the City of Minneapolis,

Defendants.

**DECLARATION OF JOSEPH KELLY IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

COMES NOW, Joseph A. Kelly, states under penalty of perjury:

1. I am a shareholder with Kelly & Lemmons, P.A., attorneys for Defendant Officer Tony Partyka. I am licensed to practice in the State of Minnesota and the United States District Court for the District of Minnesota. I am an attorney of record in this matter.

2. Attached hereto and marked as **Exhibit 1** is a true and correct copy of the Transcript of the Deposition of Brandon Knuth. This document is filed under seal.

3. Attached hereto and marked as **Exhibit 2** is a true and correct copy of the Transcript of the Deposition of Dirk Spee. This document is filed under seal.

4. Attached hereto and marked as **Exhibit 3** is a true and correct copy of the Transcript of the Deposition of Nicholas Englund. This document is filed under seal.

5. Attached hereto and marked as **Exhibit 4** is a true and correct copy of Minneapolis Police Department General Offense Report 2020-39623. This document is filed under seal.

6. Attached hereto and marked as **Exhibit 5** is a true and correct copy of Minneapolis Police Department General Offense Report 2020-34082. This document is filed under seal.

7. Attached hereto and marked as **Exhibit 6** is a true and correct copy of Minneapolis Police Department General Offense Report 2020-39790. This document is filed under seal.

8. Attached hereto and marked as **Exhibit 7** is a true and correct copy of the Transcript of the Deposition of Michael Osbeck. This document is filed under seal.

9. Attached hereto and marked as **Exhibit 8** is a true and correct copy of Defendant Tony Partyka's responses to Plaintiff's Third Set of Interrogatories. This document is filed under seal.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: 4/19/2023

/s/ Joseph A. Kelly
Joseph A. Kelly