**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andre Moore,

Plaintiff,

v.

Officer Tony Partyka, in his individual capacity, Officer Neal Walsh, in his individual capacity, Officer John Doe No. 1, in his individual capacity, and Officer John Doe No. 2, in his individual capacity, and the City of Minneapolis,

Defendants.

Civil File No. 22-cv-1477-PAM/TNL

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

| | |
|---|---|
| *Plaintiff's Motion to Compel Against the City of Minneapolis and Tony Partyka* | *(Doc. No. 45)* |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.



4885-8262-5891, v. 2
41518096.4

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 55 | 48 | Corrected SEALED Memorandum in Support of Motion to Compel | The parties agree the document should remain sealed. | | Contains references to discovery materials filed in connection with the motion under Fed. R. Civ. P. 27; contains references to non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-1 | | Table of Plaintiff's Document Requests | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-2 | | Partyka's Response to Plaintiff's Second Set of Interrogatories dated 3/9/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 52-3 | | Partyka's Amended Responses to Plaintiff's First and Second Set of Interrogatories dated 3/28/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 52-4 | | City's Supplemental Response to Plaintiff's First Set of Requests for Production dated 4/4/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-5 | | City's Supplemental Response to Plaintiff's Second Set of Requests for Production dated 4/4/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Practices Act and the Protective Order. |
| 52-6 | | Excerpts from deposition transcript of Michael Osbeck | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-7 | | Excerpts from deposition transcript of Neal Walsh | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-8 | | Transcript from July 21, 2020 hearing *State v. Moore*, No. 27-CR-20-4146 | The parties agree the document may be unsealed. | | Not designated as confidential. |
| 52-9 | | Transcript of June 16, 2020 hearing *State v.* | The parties agree the document may be unsealed. | | Not designated as confidential |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | *Moore,* No. 27-CR-20-4146 | | | |
| 52-10 | | OPCR interview conducted 2/17/2022 | The parties agree this document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-11 | | MPD Managing Confidential Informants Manual | The parties agree the document may be unsealed. | | Not designated as confidential |
| 52-12 | | Order dated 9/16/2020, *State v. Moore,* No. 27-CR-20-4146 | The parties agree the document may be unsealed. | | Not designated as confidential |
| 52-13 | | Application for second search warrant with discrepancies between the informant's story | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |



4885-8262-5891, v. 2
41518096.4

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 52-14 | | Photograph of clear plastic bag | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-15 | | Inventory of four articles of evidence allegedly recovered | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-16 | | Photograph of article inventoried | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-17 | | OPCR Investigative Report No. 21-04831 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Act and the Protective Order. |
| 52-18 | | Application for first search warrant | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-19 | | Photograph of jail roster inventoried at garbage pull | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-20 | | Partyka signed Verification for 3/9/2023 interrogatory response | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Practices Act and the Protective Order. |
| 52-21 | | Partyka Initial Disclosures | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 52-22 | | City Initial Disclosures | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |



4885-8262-5891, v. 2
41518096.4

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 53-1 | | Table of Contents of OPCR No. 21-04831 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-2 | | MPD incident report for 12/7/2019 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-3 | | MPD incident detail report for 12/7/2019 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-4 | | Screenshot of Partyka's squad video from 12/7/2019 incident at 00:23:20 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Act and the Protective Order. |
| 53-5 | | NCIC record for Partyka's squad car from 12/7/2019 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-6 | | Screenshot of Partyka's squad video from 12/7/2019 showing time of officers exiting car | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-7 | | Excerpts from deposition transcript of Brandon Knuth | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |



4885-8262-5891, v. 2
41518096.4

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 53-8 | | Screenshot taken from Partyka's squad camera video from 12/7/2019 at 00:20:23 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-9 | | Screenshot taken from Partyka's squad camera video from 12/7/2019 at 00:20:25 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 53-10 | | Squad car's route created on Google Maps derived from coordinates from Ex. 27 | The parties agree the document may be unsealed. | | Derived from public information |
| 53-11 | | Minnesota Department of Human Rights Report | The parties agree the document may be unsealed. | | Public document |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 53-12 | | Email chain between M. Veenstra and counsel for the City, R. Kitze Collins ending on 2/28/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-13 | | Letter from the City's counsel dated 2/27/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-14 | | MPD Use of Force revisions effective 9/8/2020 | The parties agree the document may be unsealed. | | Not confidential |
| 53-15 | | City's Response to Plaintiff's Fourth Set of Interrogatories | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-16 | | Letter from the City's counsel dated 4/4/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | motion under Fed R. Civ. P. 37. |
| 53-17 | | M. Veenstra's letter to the City's counsel dated 2/9/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-18 | | M. Veenstra's letter to the City's counsel dated 2/17/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-19 | | M. Veenstra's meet and confer summary email to the City dated 2/3/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-20 | | Email exchange between M. Veenstra and the City's counsel ending 3/17/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 53-21 | | State of Minnesota's Supplemental Memorandum of Law from the Derek Chauvin case 27-CR-20-12953 | The parties agree the document may be unsealed. | | Public document. |
| 53-22 | | M. Veenstra's email to Partyka's counsel dated 3/16/2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 53-23 | | M. Veenstra's email to Partyka's counsel dated 3/29/23 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 58 | 59 | Defendant City of Minneapolis' Response to Plaintiff's Motion to Compel Against the City and Partyka | The parties agree the unredacted document should remain sealed. | | Contains references to discovery materials filed in connection with the motion under Fed. R. Civ. P. 27; contains references to non-public |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | information under the Minnesota Data Practices Act and the Protective Order. |
| 60 | 61 | Declaration of Rachel A. Kitze Collins in Support of City of Minneapolis' Response to Plaintiff's Motion to Compel | The parties agree the unredacted document should remain sealed. | | Contains references to discovery materials filed in connection with the motion under Fed. R. Civ. P. 27; contains references to non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-1 | | Excerpts of the deposition transcript of Brandon Knuth deposed on 03/28/23 | The parties agree the document should remain sealed. | | Contains references to non-public information under the Minnesota Data Practices Act and the Protective Order. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 60-2 | | Excerpts of the deposition transcript of Officer Dirk Spee deposed on 03/07/23 | The parties agree the document should remain sealed. | | Contains references to non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-3 | | Excerpts of the deposition transcript of Officer Neal Walsh deposed on 03/23/23 | The parties agree the document should remain sealed. | | Contains references to non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-4 | | Plaintiff's Second Amended Rule 26(a)(1) Disclosures, dated 04/18/23 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 60-5 | | Police Complaint, dated 10/06/20 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-6 | | Phone Call to Complainant by Stephen McKean on 06/09/21 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-7 | | Discharge, Suspension or Involuntary Demotion Form for Neal Walsh and dated 10/27/22 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-8 | | Review Panel Recommendation dated 10/05/22 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Act and the Protective Order. |
| 60-9 | | Review Panel Recommendation dated 08/28/22 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-10 | | Review Panel Recommendation dated 09/20/22 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-11 | | Defendant City of Minneapolis' Supplemental Response to Plaintiff's First Set of | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non- |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | Interrogatories, dated 04/04/23 | | | public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-12 | | Defendant City of Minneapolis' Response to Plaintiff's Third Set of Requests for Production of Documents, dated 03/10/23 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 60-13 | | Defendant City of Minneapolis' Response to Plaintiff' Second Set of Interrogatories, dated 03/10/23 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 60-14 | | E-mail correspondence between Rachel A. Kitze Collins and Plaintiff's counsel, dated April 4-6, 2023 | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37. |
| 64-1 | | Deposition Transcript of Brandon Knuth | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 64-2 | | Deposition of Dirk Spee | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 64-3 | | Deposition of Nicholas Englund | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| | | | | | Act and the Protective Order. |
| 64-4 | | General Offense Report MP 2020-39623 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 64-5 | | General Offense Report MP 2020-34082 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 64-6 | | General Offense Report MP 2020-39790 | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 64-7 | | Deposition of Michael Osbeck | The parties agree the document should remain sealed. | | Contains non-public information under the Minnesota Data Practices Act and the Protective Order. |
| 64-8 | | Defendant Tony Partyka's Response to Plaintiff's Third Set of Interrogatories | The parties agree the document should remain sealed. | | Discovery materials filed in connection with a motion under Fed R. Civ. P. 37; contains non-public information under the Minnesota Data Practices Act and the Protective Order. |



4885-8262-5891, v. 2
41518096.4

Dated: May 10, 2023

**SAUL EWING LLP**

By *s/Matthew Veenstra*

Matthew Veenstra (MN #392517)
Courtland Merrill (MN #311984)
Douglas Anderson (MN #0402494)
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
Telephone: (612) 225-2800
Email: courtland.merrill@saul.com
matthew.veenstra@saul.com
douglas.anderson@saul.com

*Attorneys for Plaintiff Andre Moore*

Dated: May 10, 2023

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/Rachel A. Kitze Collins*

Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

**ATTORNEYS FOR DEFENDANT CITY OF MINNEAPOLIS**

Dated: May 10, 2023

KELLY & LEMMONS, P.A.

*s/Joseph A. Kelly*
Joseph A. Kelly (#389356)
Kevin M. Beck (#0389072)
Rebecca L. Duren (#0393624)
2350 Wycliff Street, #200
St. Paul, MN 55114
(651) 224-3781
F: (651) 223-8019
jkelly@kellyandlemmons.com

**ATTORNEYS FOR DEFENDANT OFFICER PARTYKA**

[i] This explanation should be very brief. For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
4. reveals trade secrets of defendant
5. reveals proprietary business methods of plaintiff
6. confidential financial records
7. confidential medical records
8. contains termination information regarding former employees of defendant
9. reveals information regarding a minor
10. contains information ordered sealed by the court on DATE [Docket No. XX]