**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andre Moore,

Plaintiff,

v.

Officer Tony Partyka, in his individual capacity, Officer Neal Walsh, in his individual capacity, Officer John Doe No. 1, in his individual capacity, and Officer John Doe No. 2, in his individual capacity, and City of Minneapolis,

Defendants.

Civil No. 22-cv-1477 PAM/TNL

**STIPULATION OF DISMISSAL OF OFFICER TONY PARTYKA, OFFICER NEAL WALSH, JOHN DOE NO. 1, AND JOHN DOE NO. 2**

IT IS HEREBY STIPULATED AND AGREED by the Parties in the above captioned case, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendants Officer Tony Partyka, Officer Neal Walsh, Officer John Doe No. 1, and Officer John Doe No. 2 be dismissed from this case with prejudice, and that each party is to bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: June 28, 2023

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Rachel A. Kitze Collins
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

**ATTORNEYS FOR DEFENDANT CITY OF MINNEAPOLIS**

Dated: June 28, 2023

KELLY & LEMMONS, P.A.

s/Joseph A. Kelly
Joseph A. Kelly (#389356)
Kevin M. Beck (#0389072)
Rebecca L. Duren (#0393624)
2350 Wycliff Street, #200
St. Paul, MN 55114
(651) 224-3781
jkelly@kellyandlemmons.com
kbeck@kellyandlemmons.com
rduren@kellyandlemmons.com

**ATTORNEYS FOR DEFENDANTS OFFICER PARTYKA AND OFFICER WALSH**

Dated: June 28, 2023

SAUL EWING LLP

s/Matthew Veenstra
Matthew Veenstra (MN #392517)
Courtland Merrill (MN #311984)
Douglas Anderson (MN #0402494)
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
(612) 225-2800
courtland.merrill@saul.com
matthew.veenstra@saul.com
douglas.anderson@saul.com

**ATTORNEYS FOR PLAINTIFF ANDRE MOORE**